**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-23-09

**DONNA LEAK,**

                          **Plaintiff,**

            - against -

**CIGNA HEALTHCARE, et al.,**

                        **Defendants.**

**ORDER**

**09 Civ. 7374 (JSR) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

Having received Defendant CIGNA's motion to dismiss on November 19, 2009,

**IT IS HEREBY ORDERED** that

1) Plaintiff Leak's response is due no later than **December 11, 2009**;

2) CIGNA's reply, if any, is due no later than **December 18, 2009**.

**SO ORDERED this 23rd day of November 2009**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**